UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SILLER, *et al.*, | ) | CASE NO. 1:13-cv-00594 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH SEROWIK, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MOTION FOR SUMMARY JUDGMENT ON BEHALF OF THE DEFENDANT CITY OF CLEVELAND

Defendant City of Cleveland respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all claims asserted in plaintiffs Thomas Siller and Walter Zimmer's Complaint. For the reasons more fully explained in the attached Memorandum in Support, the City respectfully requests that the Court grant summary judgment in its favor and dismiss plaintiffs' Complaint with prejudice.

                Respectfully submitted

                BARBARA A. LANGHERNY
                Director of Law

By:   *s/ Alejandro V. Cortes*
        SHAWN M. MALLAMAD (0011398)
        Assistant Director of Law
        ALEJANDRO V. CORTES (0079806)
        Assistant Director of Law
        City of Cleveland Department of Law
        601 Lakeside Avenue, Room 106
        Cleveland, Ohio 44114-1077
        Tel: (216) 664-2800   Fax: (216) 664-2663
        Email: SMallamad@city.cleveland.oh.us
                ACortes@city.cleveland.oh.us

        *Attorneys for Defendant City of Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, the foregoing **Motion for Summary Judgment on behalf of the Defendant City of Cleveland** was filed electronically with the Court. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Alejandro V. Cortes*
ALEJANDRO V. CORTES (0079806)
Assistant Director of Law
