# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SILLER, et al., | ) | CASE NO. 1:13-cv-00594 |
| | ) | |
| Plaintiffs. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | MAGISTRATE KENNETH S. MCHARGH |
| | ) | |
| JOSEPH SEROWIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AND JOINT MOTION
## TO CANCEL PRETRIAL CONFERENCE AND TRIAL

Plaintiffs Thomas Siller and Walter Zimmer, and Defendants City of Cleveland and Joseph Serowik, respectfully provide notice that the parties have reached a settlement that will result in the dismissal of this civil action with prejudice and without any admission of liability. In light of this settlement, the parties respectfully request that the Court issue an Order canceling the Final Pretrial Conference scheduled for January 21, 2014, and the Trial scheduled for January 27, 2014.

Respectfully submitted,

/s/ *Terry H. Gilbert (via e-mail approval)*  
Terry H. Gilbert (0021948)  
FRIEDMAN & GILBERT  
55 Public Square, Suite 1055  
Cleveland, OH 44113  
Telephone: 216.241.1430  
Facsimile: 216.621.0427  
tgilbert@f-glaw.com  

COUNSEL FOR PLAINTIFFS THOMAS  
SILLER AND WALTER ZIMMER  

/s/ *Stephen W. Funk*  
Stephen W. Funk (0058506)  
ROETZEL & ANDRESS, LPA  
222 South Main Street, Suite 400  
Akron, OH 44308  
Telephone: 330.849.6602  
Facsimile: 330.376.4577  
sfunk@ralaw.com  

COUNSEL FOR DEFENDANT  
JOSEPH SEROWIK

| | |
|---|---|
| */s/ David E. Mills (via e-mail approval)* <br> David E. Mills (0075400) <br> MILLS LAW OFFICE <br> Suite 636 <br> 1300 West Ninth Street <br> Cleveland, OH 44113 <br> Telephone:  216.929.4747 <br> Facsimile:  202.379.1767 <br> dm@millsfederalappeals.com <br><br> COUNSEL FOR PLAINTIFFS <br> THOMAS SILLER AND WALTER ZIMMER | */s/ Alejandro v. Cortes (via e-mail approval)* <br> Alejandro V. Cortes (0079806) <br> City of Cleveland Department of Law <br> 601 Lakeside Avenue, Suite 106 <br> Cleveland, OH 44114 <br> Telephone:  216.664.2800 <br> Facsimile:  216.664.2663 <br> acortes@city.cleveland.oh.us <br><br> ATTORNEY FOR DEFENDANT <br> CITY OF CLEVELAND |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2014, a copy of the foregoing NOTICE OF SETTLEMENT was filed electronically with the Court. Notice of this filing was served upon all counsel of record via the Court's electronic filing system, and access to this filing is accessible to all counsel of record via the Court's electronic filing system.

*/s/ Stephen W. Funk*